# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **09-08449-13**

**FIGUEROA PAGAN, PABLO & ROSARIO COTTO, MARIA MERCEDES**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/02/2009**  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **60** = $ **9,000.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **9,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **9,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

Signed: **/s/ PABLO FIGUEROA PAGAN**
Debtor

**/s/ MARIA MERCEDES ROSARIO COTTO**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**  Cr. _____  Cr. _____
# **8933006767254**  # _____  # _____
$ **1,860.00**  $ _____  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**EUROBANK-LEASE**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**Debtor(s) reject contract lease with EUROBANK (account-3953).**
***Or as otherwise specified on proof of claim.**
**Late filed claims filed by creditors will receive no distribution.**
**"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.**
**Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **FIGUEROA PAGAN, PABLO & ROSARIO COTTO, MARIA MERCEDES**     Case No. **09-08449-13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | **EUROBANK** | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only