IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PABLO FIGUEROA PAGAN                        *           CASE NO. 09-08449-ESL
MARIA M. ROSARIO COTTO                      *
DEBTOR(S)                                   *           CHAPTER 13
*************************************************

**MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN**

TO THE HONORABLE COURT:

NOW COME, **PABLO FIGUEROA PAGAN AND MARIA M. ROSARIO COTTO,** through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors are hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated January 19, 2010, herewith and attached to this motion.

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

**NOTICE IS HEREBY GIVEN,** that debtors proposed post-confirmation Plan is hereby circulated to all creditors and parties in interest. You are hereby notified that you have twenty (20) days to reject the proposed modification of this Plan and request a hearing.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Pablo Figueroa Pagan and Maria M. Rosario Cotto; and to all creditors and parties in interest, in the present case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 19th day of January, 2010.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA-CARRASQUILLO
USDC #203614
ATTORNEYS FOR PETITIONER
PO BOX 193677
San Juan PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
Email: rfigueroa@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. **09-08449-13**

**FIGUEROA PAGAN, PABLO & ROSARIO COTTO, MARIA MERCEDES**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/19/2010**    ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION    Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **18,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **18,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

Signed: **/s/ PABLO FIGUEROA PAGAN**
Debtor

**/s/ MARIA MERCEDES ROSARIO COTTO**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**  Cr. _____  Cr. _____
# **8933006767254**  # _____  # _____
$ **2,044.01**  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**  Cr. _____  Cr. _____
# **XXX-XX-2511**  # _____  # _____
$ **1,356.24**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**EUROBANK-LEASE**
5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____
Cr. **COOP A/C CIDRENA**  Cr. _____  Cr. _____
# **1111804232008**  # _____  # _____
$ **5,746.12**  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Debtor(s) reject contract lease with EUROBANK (account-3953).
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

FIGUEROA PAGAN, PABLO
RR-2 BOX 7089
CIDRA, PR 00739

EUROBANK
LEASING DEPARTMENT
PO BOX 191009
SAN JUAN, PR 00919-1009

ROSARIO COTTO, MARIA MERCEDES
RR-2 BOX 7089
CIDRA, PR 00739

EUROBANK-LEASE
PO BOX 191009
SAN JUAN, PR 00919-1009

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

SPRINT
PO BOX 219554
KANSAS CITY, MO 64121-9554

BANCO POPULAR DE PR
PO BOX 363228
SAN JUAN, PR 00936-3228

STEVENS BUSINESS SERVI
92 BOLT ST # 1
LOWELL, MA 01852

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ 85072-3132

US DEPARTMENT OF EDUCATION
501 BLEECKER ST.
UTICA, NY 13501

COMMONWEALTH FINANCIAL
120 N KEYSER AVE
SCRANTON, PA 18504

COOP A/C CIDRENA
PO BOX 1498
CIDRA, PR 00739-1498

CRIM
ASESORAMIENTO LEGAL
PO BOX 195387
SAN JUAN, PR 00919-5387

DORAL FINANCIAL
1451 FD ROOSEVELT AVE
SAN JUAN, PR 00920

DPTO. DE TRANSPORTACION Y OBRAS
PUBLICA
PO BOX 11889
SAN JUAN, PR 00922-1889