```
                    IN THE UNITED STATES BANKRUPTCY COURT FOR
                            THE DISTRICT OF PUERTO RICO
```

| IN RE: | CASE NO. 09-08449 ESL |
|---|---|
| PABLO FIGUEROA PAGAN<br>XXX-XX-2511<br><br>MARIA MERCEDES ROSARIO COTTO<br>XXX-XX-4745<br><br>Debtor(s) | Chapter 13<br><br>**FILED & ENTERED ON 01/20/2011** |

**AMENDED ORDER CONFIRMING PLAN NUNC PRO TUNC 12/17/2009**

    The debtor's Chapter 13 plan was duly served on all parties. A hearing on confirmation of the plan was held after due notice to all parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.

    1. The debtor, or his employer, shall make the payments to the trustee required by the plan as confirmed or as hereafter modified. If the debtor does not cause such payments to be timely made, the trustee may request the court for an order directing the debtor's employer to make the appropriate payroll deductions and payments to the trustee or to pay the debtor's entire earnings and wages to the trustee [11 U.S.C. 1325(c)]. Such an order may be issued without further notice.

    2. The debtor shall obtain the approval of the trustee prior to incurring additional debt. The failure to obtain such approval may cause the claim for such debt to be disallowed pursuant to 11 U.S.C. 1305 (C) and the debt to be nondischargeable [11 U.S.C. 1328 (d)].

    3. If the debtor's plan is confirmed prior to the last day to file claims, or to object to the debtor's claim of exemptions, a modification of the confirmed plan pursuant to 11 U.S.C. 1329 may be required after these dates have past.

    **Therefore, IT IS HEREBY ORDERED that the debtor's Chapter 13 plan dated 10/13/2009 (docket#10) is confirmed.**

**ALLOWANCE OF DEBTOR ATTORNEY'S FEES**

    The application for the allowance of reasonable compensation as authorized by 11 U.S.C. 330, having been considered, the court finds that a reasonable fee for the services performed and undertaken by such attorney is **$3,000.00.** Such fee, less any retainer, shall be paid by the trustee from the monies received under the debtor's plan, provided, however that such payments be deferred in time to payments which may be required to provide adequate protection of the interest of the holders of secured claims.

    San Juan, Puerto Rico, NUNC PRO TUNC 12 day of December, 2009.

                                                          **Enrique S. Lamoutte Inclan**
                                                          **U.S. Bankruptcy Judge**

**CC:**     **DEBTOR(S)**
          **ROBERTO FIGUEROA CARRASQUILLO**
          **ALEJANDRO OLIVERAS RIVERA**
          **FINANCE**

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: davilap          Page 1 of 1          Date Rcvd: Jan 20, 2011
Case: 09-08449                Form ID: pdf002        Total Noticed: 2

The following entities were noticed by first class mail on Jan 22, 2011.
db/jdb       PABLO FIGUEROA PAGAN,    MARIA MERCEDES ROSARIO COTTO,    RR 2 BOX 7089,    CIDRA, PR   00739
aty          ROBERTO FIGUEROA CARRASQUILLO,    PO BOX 193677,    SAN JUAN, PR   00919-3677

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2011**                         Signature:        *Joseph Speetjens*