IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| PABLO FIGUEROA PAGAN | * CASE NO. 09-08449-ESL |
| MARIA M. ROSARIO COTTO | |
| Debtor(s) | * CHAPTER 13 |
| ------------------------------- | |
| DORAL BANK | * INDEX |
| | |
| Movant | * |
| | |
| PABLO FIGUEROA PAGAN | * |
| MARIA M. ROSARIO COTTO | |
| and ALEJANDRO OLIVERAS RIVERA | * |
| as DEBTORS and TRUSTEE | |
| | * |
| Respondent (s) | |

## DEBTORS' RESPONSE TO MOTION FOR RELIEF OF STAY

TO THE HONORABLE COURT:

**NOW COME, PABLO FIGUEROA PAGAN and MARIA M. ROSARIO COTTO,**

debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. Doral Bank ("Doral") filed a motion for relief from stay basically alleging that

debtors are in arrears in their post-petition mortgage loan payments to said creditor.

2. The debtors hereby respectfully submit that they have initiated a mortgage loan

modification process through movant's loss mitigation division, whereby this matter will be

dealt with outside the Bankruptcy Court.

3. Based on the aforestated, debtors hereby respectfully submit their response to

Doral request for relief from stay stating that they hereby consent to the entry of the Order

lifting the stay in favor of Doral, for the purposes of pursuing the mortgage loan

**Page – 2 –**
**Debtors' Response to §362 Motion**
**Case no. 09-08449-ESL**

modification through Doral loss mitigation division.

**WHEREFORE**, debtors respectfully request from this Honorable Court to grant this

motion consenting to the motion for relief from stay filed by Doral Bank.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of

the Court using the CM/ECF filing system, which will send notification of same to: the

Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; Sergio A. Ramirez De Arellano Law

Offices, Counsel for Doral Bank; I also certify that a copy of this motion was sent via

regular mail to the debtors/respondents Pablo Figueroa Pagan and Maria M. Rosario

Cotto.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 9th day of December,

2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTORS/RESPONDENTS
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX NO 787-746-5294
EMAIL: rigueroa@rfclawpr.com