IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| PABLO FIGUEROA PAGAN | CASE NO. 09-08449 ESL |
| | Chapter 13 |
| Debtor(s) | INDEX |
| DORAL BANK | |
| Movant | |
| PABLO FIGUEROA PAGAN | **FILED & ENTERED ON 12/12/2011** |
| ALEJANDRO OLIVERAS RIVERA ,TRUSTEE | |
| Respondent(s) | |

### ORDER

Upon debtor's consent (see answer, docket #51), the motion for relief of stay filed by DORAL BANK is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 12 day of December, 2011.

*/s/ Enrique S. Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR
 ROBERTO FIGUEROA CARRASQUILLO
 ALEJANDRO OLIVERAS RIVERA
 DORAL BANK